**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION**

| | | |
|---|---|---|
| VINCENT THAMES, | ) | |
|       Plaintiff, | ) | No. 12-cv-9170 |
| v. | ) | |
| | ) | Hon. Robert M. Dow, Jr. |
| CITY OF CHICAGO, *et al.* | ) | Magistrate Judge Sheila Finnegan |
| | ) | |
|       Defendants. | ) | |

**STIPULATION TO DISMISS**

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled as to Plaintiff's claims against Defendant City of Chicago and individual Defendants Kenneth Boudreau, Richard Paladino, James Cassidy, Frank Valadez, Patrick McCafferty and Lawrence Tuider pursuant to the Release and Settlement Agreement executed by those parties and, therefore, this cause should be dismissed with prejudice solely as to Plaintiff's claims against Defendant City of Chicago and individual Defendants Kenneth Boudreau, Richard Paladino, James Cassidy, Frank Valadez, Patrick McCafferty and Lawrence Tuider, and with each party bearing its own costs and attorney's fees in accordance with the terms of the Release and Settlement Agreement and the Final Agreed Order of Dismissal. This stipulation shall not affect Plaintiff's ongoing litigation against the other Defendants in Plaintiff's pending case.

Dated: December 15, 2017

RESPECTFULLY SUBMITTED,

BY: /s/ Henry E. Turner
Henry E. Turner, Attorney for Vincent Thames
Valorem Law Group LLC
218 N. Jefferson, Suite 300
Chicago, IL 60601
(312) 676-5473

The City of Chicago
a Municipal Corporation
Corporation Counsel
Attorney for Defendant City of Chicago

BY: /s/ Eileen E. Rosen
Eileen E. Rosen
Special Assistant Corporation Counsel
Attorney for Defendants,
Kenneth Boudreau, Richard Paladino,
James Cassidy, Frank Valadez, Patrick
McCafferty and Lawrence Tuider
Rock, Fusco & Connelly, LLC
321 N. Clark Street, Suite 2200
Chicago, Illinois 60654
(312)494-1000

BY: /s/ Jeffrey N. Given
Jeffrey N. Given
Special Assistant Corporation Counsel
The Sotos Law Firm, P.C.
550 East Devon Avenue, Suite 150
Itasca, Illinois 60143
(630) 735-3315

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that the foregoing is true and correct, pursuant to 28 U.S.C.A. § 1746, and that I electronically filed a complete copy of the foregoing **Stipulation to Dismiss** with the Clerk of the Court on Friday, December 15, 2017, using the CM/ECF system, which will send notification of such filing to the participants listed on the below service lists.

| **Attorneys for Plaintiff** | **Attorneys for Cook County and Valentini** |
|---|---|
| Henry E. Turner | James E. Hanlon, Jr. |
| Valorem Law Group, LLC | Office of Cook County State's Attorney |
| 218 N. Jefferson, Suite 300 | 500 Richard J. Daley Center |
| Chicago, IL 60601 | Chicago, IL 60602 |
| (312)676-5473 | (312)603-5365 |
| Hank.turner@valoremlaw.com | james.hanlon@cookcountyil.gov |

**Attorneys for Kenneth Boudreau, Frank Valadez, Patrick McCafferty, James Cassidy, Richard Paladino, Lawrence Tuider**
Eileen E. Rosen
Stacy A. Benjamin
Catherine M. Barber
Rock, Fusco & Connelly, LLC
321 N. Clark, Suite 2200
Chicago, IL 60654
(312)494-1000
erosen@rfclaw.com
sbenjamin@rfclaw.com
cbarber@rfclaw.com

**Attorneys for Terence Johnson**
Patricia C. Bobb
Patricia C. Bobb & Associates
225 W. Wacker Drive, Suite 1515
Chicago, IL 60606
(312)300-7938
bobb@pcbtrialaw.com

David R. Nordwall
Law Office of David R. Nordwall LLC
225 W. Wacker Drive, Suite 1515
Chicago, IL 60606
(312)291-1660
david@drnlaw.com

Respectfully submitted,

/s/ Jeffrey N. Given
Jeffrey N. Given, Attorney No. 06184989
*One of the Attorneys for the City of Chicago*