**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| Michael Saunders,<br>                Plaintiff,<br>v.<br>City of Chicago, et al.,<br>                Defendants. | Case No.: 12-cv-9158<br><br>District Judge Robert M. Dow, Jr.<br>Magistrate Judge Sheila Finnegan<br>Magistrate Judge Jeffrey T. Gilbert |
| Harold Richardson,<br>                Plaintiff,<br>v.<br>City of Chicago, et al.,<br>                Defendants. | Case No.: 12-cv-9184<br><br>District Judge Robert M. Dow, Jr.<br>Magistrate Judge Sheila Finnegan<br>Magistrate Judge Jeffrey T. Gilbert |
| Vincent Thames,<br>                Plaintiff,<br>v.<br>City of Chicago, et al.,<br>                Defendants. | Case No.: 12-cv-9170<br><br>District Judge Robert M. Dow, Jr.<br>Magistrate Judge Sheila Finnegan<br>Magistrate Judge Jeffrey T. Gilbert |

**PLAINTIFFS' MOTION TO VOLUNTARILY DISMISS**

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiffs Michael Saunders, Harold Richardson, and Vincent Thames (collectively, "Plaintiffs"), respectfully move this Court to dismiss the three individual cases identified in the caption above (the "Three Cases"). In support of the motion, Plaintiffs state as follows:

1. The Three Cases have settled.

2. One condition of the settlements is the dismissal of the Three Cases. Accordingly, Plaintiffs, individually and collectively, request this Court to dismiss each of the Three Cases, with each party bearing his or its own fees and costs.

3. The parties appreciate all the efforts that the Court has made to bring these Three Cases to a successful conclusion.

WHEREFORE, Plaintiffs request dismissal of the Three Cases.

Dated: April 9, 2019

Respectfully submitted,

/s/ Stuart Chanen
Valorem Law Group
218 N. Jefferson Street, Suite 300
Chicago, IL 60661
Phone: (312) 676-5460
Counsel for Vincent Thames
Case No. 12-9170

/s/ Peter Neufeld
Anna Benvenutti Hoffmann
Neufeld Scheck & Brustin LLP
99 Hudson St., 8th Floor
New York, NY 10013
212.965.9081
Counsel for Michael Saunders
Case No. 12-9158

/s/ Russell Ainsworth
David Owens
Loevy & Loevy
311 N. Aberdeen St., 3rd Floor
Chicago, IL 60607
312.243.5900
Counsel for Harold Richardson
Case No. 12-9184