# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Vincent Thames

                      Plaintiff,

v.                                           Case No.: 1:12–cv–09170
                                                    Honorable Robert M. Dow Jr.

Thomas Coughlin, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 9, 2019:

      MINUTE entry before the Honorable Robert M. Dow, Jr: Vincent Thames' amended motion to voluntarily dismiss [646] is granted. This action is dismissed with prejudice, with each party bearing his or its own fees and costs. Civil case terminated. Mailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.